**Entered on Docket**
**October 20, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Edward S. Coleman, Esq., SBN: 000601
Elizabeth DeFlyer, Esq. SBN: 10021
Coleman Law Associates, A Professional Law Corporation
9708 S. Gilespie Street, Suite A-106
Las Vegas, NV 89183-7614
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com
*Attorneys for Debtor,*
*Christopher Tran*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 09-24197-mkn |
|---|---|
| CHRISTOPHER TRAN | Chapter 13 |
| Debtor. | Hearing Date: N/A<br>Hearing Time: N/A |

### EX-PARTE ORDER DISMISSING CHAPTER 13 CASE

The Debtor is requesting dismissal of the above debtors' Chapter 13 bankruptcy case.

**IT IS ORDERED** that the above-captioned case is hereby dismissed.

Submitted by:

By: /s/ Elizabeth DeFlyer, Esq.
    ELIZABETH DEFLYER, ESQ., SBN: 10021
    COLEMAN LAW ASSOCIATES, APLC
    9708 South Gilespie Street, Suite A-106
    Las Vegas, Nevada 89183
    Attorney for Debtors

###